1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Jose Trujillo

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 JOSE TRUJILLO,                                ) Case No. 5:16-cv-06986-NC
                                                 )
12             Plaintiff,                        ) **NOTICE OF VOLUNTARY DISMISSAL**
                                                 ) **OF ENTIRE ACTION**
13     vs.                                       )
                                                 )
14 GILBERT J. ZUNIGA, individually and dba       )
   PROGRESSO TAMALE PARLOR;                      )
15 MARGARET ZUNIGA HEALY, individually           )
   and dba PROGRESSO TAMALE PARLOR;              )
16 VINCENT ZUNIGA, JR.; AURELIO                  )
   ZUNIGA, Trustee of the AURELIO AND            )
17 PATSY ZUNIGA TRUST dated December             )
   17, 2001; PATSY T. ZUNIGA, Trustee of the     )
18 AURELIO AND PATSY ZUNIGA TRUST                )
   dated December 17, 2001; SALLY ZUNIGA         )
19 QUINONES, Trustee of the SALLY ZUNIGA         )
   QUINONES REVOCABLE LIVING TRUST,              )
20 U/A dated March 17, 2006; STEVEN M.           )
   ZUNIGA, Trustee of the STEVEN M. AND          )
21 TAMARA E. ZUNIGA FAMILY TRUST                 )
   ESTABLISHED AUGUST 16, 2007;                  )
22 TAMARA E. ZUNIGA, Trustee of the              )
   STEVEN M. AND TAMARA E. ZUNIGA                )
23 FAMILY TRUST ESTABLISHED AUGUST               )
   16, 2007; VINCENT M. ZUNIGA; MARY             )
24 ANN ZUNIGA;                                   )
                                                 )
25                                               )
                                                 )
26                                               )
                                                 )
27             Defendants.                       )
                                                 )
28 _____)

1     WHEREAS, Defendants have not filed an answer or motion for summary judgment;

2     WHEREAS, Plaintiff and Defendants have settled the matter;

3     WHEREAS, no counterclaim has been filed;

4     Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 30, 2017                    MISSION LAW FIRM, A.P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Jose Trujillo